**MEMO ENDORSED**



# ORANGE COUNTY DEPARTMENT OF LAW

### RICHARD B. GOLDEN
#### COUNTY ATTORNEY

**Carol C. Pierce**
*Deputy County Attorney*
—————

Steven M. Neuhaus
County Executive

<table>
<tr><td>

**Municipal Law Division**

TEL: 845-291-3150
FAX: 845-378-2374*

Kellie E. Lagitch *Chief Assistant – Litigation*
Matthew J. Nothnagle *Chief Assistant – Appeals*
Susan L. Whalan *Chief Assistant – Contracts*
Kelly M. Naughton *Chief Assistant – Local Municipal*
Joseph F. Mahoney   Donna M. Badura
William S. Badura   Lia E. Fierro
Marina V. O'Neill   Lisa M. James
Stephanie T. Midler   Cedric A. Cooper
Dante D. De Leo

</td><td>

**Family Law Division**

TEL: 845-291-2650
FAX: 845-360-9161*

Kimberly C. VanHaaster *Chief Assistant – Family Div.*
David S. Meffert *Chief Assistant – Juvenile Justice*
Peter R. Schwarz        Linda P. DaSilva
Stephanie Bazile        Ferol L. Reed-McDermott
Michael Rabiet          Karen A. Amundson
Tammy A. Delile         Rebecca McGee
Lisa M. Morgillo        Stephen Toole

</td></tr>
</table>

February 25, 2026

***Via Electronic Filing***
Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

> Re:   Mkrtchyan et al v. County of Orange, et al
>        Case No.: 23-cv-10770 (KMK)
>
>        ARMF Realty et al v. County of Orange
>        Case No. 23-cv-11034 (KMK)

Dear Judge Karas:

This office represents the County of Orange in one of the aforementioned actions, *ARMF v. County of Orange*, and the County of Orange and its chief financial officer in another aforementioned action, *Mkrtchyan v. County of Orange*. In response to the letter of plaintiffs' counsel asking for these two cases to be consolidated, this office has no objection to consolidation for pretrial purposes, now that each ease is assigned to Your Honor.

However, this office does object to the request to consolidate *ARMF v. County of Orange* with *Mkrtchyan*, to the degree counsel wishes to try each case together. *Mkrtchyan* is a putative class action. *ARMF*, in contrast, involves seven different plaintiffs, and is not a putative class action. This office's position is that, given the existence of different plaintiffs with differing situations involving liens, the validity or existence of which counsel for Plaintiff in *ARMF* disputes, it makes no sense to lump the *ARMF* plaintiffs together, let alone with Mr. Mkrtchyan

or the putative class, should there be a trial.  Also, the putative *Mkrtchyan* class includes only tax-delinquent former property owners who did not have liens; importing the *ARMF* plaintiffs would add plaintiffs who appear not to be members of the *Mkrtchyan* putative class. In addition, *ARMF* involves only Orange County plaintiffs, while *Mkrtchyan* (and other consolidated cases) involves other Counties, which had differing procedures, and, therefore, potentially differing defenses.  Any trial consolidation would cause only confusion and a bloated trial.  Accordingly, this request for consolidation should be denied insofar as it would affect a trial.

Respectfully submitted,

*Matthew J. Nothnagle*

Matthew J. Nothnagle
Chief Assistant County Attorney

MJN:ag
cc:     Opposing counsel (by electronic filing)
        Counsel for Counties of Dutchess and Sullivan (by electronic filing)

Because the Parties do not oppose pre-trial consolidation, the cases will be consolidated for pre-trial purposes, and the Court reserves its decision as to whether the cases will remain consolidated for trial until a later date. Accordingly, Defendants' motions to dismiss are denied without prejudice with leave to refile at a later date.

The Clerk of Court is respectfully directed to close the pending motions at *Mkrtchyan* (23-cv-10770) Dkt Nos. 113, 120, 143, and 151 and *ARMF* (23-cv-11034) Dkt. Nos. 71 and 72.

SO ORDERED.

2/25/2026